# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MARKO RADISIC,

Appellant,

v.

COLLECTION DEVELOPMENT CORPORATION, INC., A Florida Corporation,

Appellee.

No. 2D2025-1004

———————————————

June 12, 2026

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Valerie L. Leatherwood of Leatherwood Law Firm, P.A., Sarasota, for Appellant.

Matthew Swihart of Berlin | Patten | Ebling, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.